■ GREGORY F. MANNING, Respondent, v PEERLESS INSURANCE COMPANY, Appellant, et al., Defendant. [696 NYS2d 914] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly exercised its discretion in approving settlement of the third-party action. Although plaintiff failed to obtain the consent of defendant Peerless Insurance Company

(Peerless) prior to settling the third-party action, he timely made a motion for a compromise order pursuant to Workers' Compensation Law § 29 (5). Plaintiff established that the third-party action was settled for the limit of the liability policy (*see, Borrowman v Insurance Co.,* 198 AD2d 891) and that there was little likelihood of collecting anything in excess of the insurance proceeds from the 24-year-old driver of the other vehicle involved in the accident. We conclude that Peerless was not prejudiced by the delay in seeking judicial approval (*see, Borrowman v Insurance Co., supra*) and that plaintiff's papers satisfactorily complied with the statutory requirements (*see, Merrill v Moultrie,* 166 AD2d 392, *lv denied* 77 NY2d 804). (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Settlement.) Present—Green, J. P., Pine, Wisner, Callahan and Balio, JJ.